UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD PLECHNER,

              Petitioner,

v.

STATE OF WASHINGTON,

              Respondent.

CASE NO. C14-5321BHS

ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 5. The Court having considered the R&R and Plaintiff Richard Plechner's motion to stay (Dkt. 6) does hereby find and order as follows:

(1)    The Court **declines to ADOPT** the R&R; and

(2)    The matter is **re-referred** for further proceedings.

Dated this 2nd day June, 2014.

                                          BENJAMIN H. SETTLE
                                          United States District Judge