UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD PLECHNER,

                    Petitioner,

        v.

STATE OF WASHINGTON,

                    Respondent.

CASE NO. C14-5321 RBL-KLS

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

        This is a federal habeas action filed under 28 U.S.C. § 2254.  Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis*.  Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee.  Petitioner's application to proceed *in forma pauperis* (Dkt. 6) is therefore **GRANTED**.  The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees.  The Clerk is further directed to send a copy of this Order to petitioner.

        Dated this <u>4th</u> day of <u>June</u>, 2014.


                                        _____
                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1