UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD PLECHNER,

Petitioner,

v.

DONALD R. HOLBROOK,

Respondent.

CASE NO. C14-5321 RBL-KLS

ORDER DENYING MOTION FOR RECONSIDERATION

Before the Court is Petitioner's Motion for Reconsideration of this Court's Order dated June 19, 2014 (Dkt. 17). Dkt. 20. In the Court's June 19, 2014 Order, it granted Petitioner's motion to stay this matter pending resolution of his state court proceedings. The Court also denied Petitioner's motion for counsel. Dkt. 17. Petitioner contends that, contrary to the Court's Order, he did explain why he needed counsel and asks that this should be considered. Dkt. 20.

Under Local Rule CR7(h), motions for reconsideration are disfavored and will be denied absent a showing of manifest error or a showing of new facts or legal authority which could not have been presented earlier with reasonable diligence. The standard has

not been met in this case. In addition, all proceedings in this matter have been stayed at Petitioner's request. After the state court proceedings have ended and the stay in this matter is lifted, Respondent shall file his answer to the petition. At that time, the Court can determine whether an evidentiary hearing is necessary. Until that time, there is no need for counsel.

Accordingly, it is **ORDERED:**

(1) Petitioner's motion for reconsideration (Dkt. 20) is **DENIED**.

(2) The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

DATED this 18th day of July, 2014.

Karen L. Strombom
United States Magistrate Judge

.