UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD PLECHNER,

                Petitioner,

   v.

DONALD R. HOLBROOK,

                Respondent.

No. C14-5321 RBL-KLS

ORDER DENYING MOTION TO SEAL DOCUMENTS

Before the Court is Petitioner's Motion to Seal his declaration, in which Petitioner describes his confinement in "the hole" and discusses a medical issue. Dkt. 18. This habeas matter is presently stayed pending Petitioner's state court proceedings. Dkt. 17. The document in question is filed at Dkt. 19 and was temporarily placed under seal pending the Court's consideration of Plaintiff's motion. The motion will be denied.

**DISCUSSION**

Under Local Civil Rule CR 5(g)(1), there is a "strong presumption of public access to the court's files and records which may be overcome only on a compelling showing that the public's right of access is outweighed by the interests of the public and the parties in protecting files, records, or documents from public review." Petitioner makes no such showing. Simply because the excerpts deal with an alleged medical issue does not justify sealing them from public view.

ORDER DENYING MOTION TO SEAL- 1

In addition, this case deals only with Petitioner's habeas petition in which Petitioner seeks to challenge his convictions for second degree assault and felony harassment. The matter is presently stayed. There is no compelling showing that this material should be sealed. Accordingly, it is **ORDERED:**

(1) Petitioner's motion to seal (Dkt. 18) is **DENIED**.

(2) The Clerk shall **unseal** the document at Dkt. 19.

(3) The Clerk of Court is directed to send a copy of this Order to Petitioner and to counsel for Respondent.

**DATED** this 5th day of August, 2014.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER DENYING MOTION TO SEAL- 2